# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 76 MAP 2024 |
| Appellee | : | |
| v. | : | |
| LEO JAMES BRUNORI, | : | |
| Appellant | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 77 MAP 2024 |
| Appellee | : | |
| v. | : | |
| LEO JAMES BRUNORI, | : | |
| Appellant | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 78 MAP 2024 |
| Appellee | : | |
| v. | : | |
| LEO JAMES BRUNORI, | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 23rd day of December, 2024, as this Court lacks jurisdiction over these appeals, *see* 42 Pa.C.S. § 722 (listing instances where this Court has exclusive appellate jurisdiction over final orders of the courts of common pleas), which fall within the exclusive appellate jurisdiction of the Superior Court, *see* 42 Pa.C.S. § 742, these matters are TRANSFERRED to that court. *See* Pa.R.A.P. 751.